No. D–304. IN RE DISBARMENT OF MCCONNELL. It is ordered that W. Stephen McConnell, of Annandale, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–305. IN RE DISBARMENT OF WOOD. It is ordered that Gary M. Wood, of Surfside Beach, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–306. IN RE DISBARMENT OF PHILLIPS. It is ordered that Duncan B. Phillips, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88, Orig. CALIFORNIA v. TEXAS ET AL. It is hereby ordered that all parties to this action, and their officers, agents, servants, employees, attorneys, and all people in active concert with them, be and hereby are restrained from instituting or prosecuting any proceeding in any state or United States court, other than this Court, which will or would lead to a determination of the domicile of Howard Robard Hughes, Jr., for death tax purposes pending further order of this Court. [For earlier order herein, see, e. g., ante, p. 1067.]